# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | No. 2:14-cv-01686-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that all claims asserted in the above-captioned cause of action have been settled and should be dismissed with prejudice and without cost to any party.

DATED this 13th day of January, 2016.

Respectfully submitted,

**JONES DAY**
　s/ Joanne Bush
Joanne R. Bush *(admitted pro hac vice)*
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
jrbush@jonesday.com
**Attorney for Defendant BNSF**

**YAEGER & JUNGBAUER BARRISTERS, PLC**
　s/ William Jungbauer
William G. Jungbauer
4601 Weston Woods Way
St. Paul, MN 55127
Telephone: (651) 288-9500
wjungbauer@yjblaw.com
**Attorney for Plaintiff**

**JONES DAY**
　s/ David Morrell

STIPULATION AND ORDER OF DISMISSAL - 1
[Case No. 2:14-cv-01686-RSM]

MONTGOMERY SCARP, PLLC
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

| | |
|---|---|
| David Morrell *(admitted pro hac vice)*<br>51 Louisiana Ave., NW<br>Washington, DC 20001<br>Telephone: (202) 879-3717<br>dmorrell@jonesday.com<br>**Attorney for Defendant BNSF** |   s/ Brad Crosta<br>Bradley K. Crosta, WSBA No. 10571<br>999 Third Avenue, Suite 2525<br>Seattle, WA 98104<br>Telephone: (206) 224-0900<br>bcrosta@crostabateman.com<br>**Attorney for Plaintiff** |

**MONTGOMERY SCARP, PLLC**

  s/ Bradley Scarp
  s/ Elizabeth Findley
Bradley Scarp, WSBA No. 21453
Elizabeth Findley, WSBA No. 46990
1218 Third Avenue, Suite 2500
Seattle, WA 98101
Telephone: (206) 625-1801
brad@montgomeryscarp.com
liz@montgomeryscarp.com
**Attorneys for Defendant BNSF**

**CROSTA & BATEMAN, LLP**

## II. ORDER

IT IS HEREBY ORDERED that all claims in this matter are hereby dismissed with prejudice and without costs to any party.

DATED this 14th day of January 2016.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
[Case No. 2:14-cv-01686-RSM]

**MONTGOMERY SCARP, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807